UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHAYLA JEFFERSON-JAMES | CIVIL ACTION NO. 6:24-cv-00069 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| PORTFOLIO RECOVERY ASSOCIATES | MAG. JUDGE DAVID J. AYO |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 7] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Portfolio Recovery Associates' Motion to Dismiss Complaint as Time Barred by the Fair Credit Report Act's Two Year Statute of Limitations [Doc. No. 5] is **GRANTED** and all claims asserted by Plaintiff Shayla Jefferson-James are **DIMSISED WITH PREJUDICE**.

MONROE, LOUISIANA, this the 21st day of October 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE